UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
311 West Monroe Street
P.O. Box 53558
Jacksonville, Florida 32201

Sheryl L. Loesch
Clerk

Virginia Moncrief
Jacksonville /Ocala Division Manager
(904) 549-1900

FILED

00 MAY 11  AM 9: 24

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

May 11, 2000

## NOTICE TO COUNSEL

**CASE STYLE:**   Daniel M. Joubert vs. Old Kent Mortgage Company, etc., et al.

This is to advise you that on May 10, 2000, the above referenced case (state court case number: 99-7558-CA-CVH ) was removed to this court from the state court. The case has been referred to the Honorable Ralph W. Nimmons, Jr., and has been assigned civil case number **3:00-cv-488-J-21C**. The case has been assigned to Magistrate Judge Timothy J. Corrigan for all magistrate matters.

**ALL PARTIES MUST USE THE NEW CIVIL CASE NUMBER WHEN FILING FUTURE BRIEFS, MOTIONS, RESPONSES, OR OTHER APPLICABLE PLEADINGS IN THIS CASE.**

Sincerely,

SHERYL L. LOESCH, CLERK

By:___Darlene Frey_____
Deputy Clerk

Copies To:
Counsel of Record
Pro Se Parties (if any)