FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

00 JUN 12 PM 4: 47

JACKSONVILLE, FLORIDA

DANIEL M. JOUBERT,

      Plaintiff,

vs.                                                                         Case No. 3:00-cv-488-J-21C

OLD KENT MORTGAGE COMPANY,
a foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
Corporation,

      Defendants.

---

TIMOTHY J. JOUBERT,

      Plaintiff,

vs.                                                                         Case No. 3:00-cv-489-J-25A

OLD KENT MORTGAGE COMPANY,
a foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
Corporation,

      Defendants.

---

### DEFENDANT OLD KENT MORTGAGE COMPANY'S
### MOTION TO CONSOLIDATE

Defendant Old Kent Mortgage Company ("Old Kent"), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, moves the Court for an Order consolidating the two above-captioned actions, and states as follows:



1.      On or about December 23, 1999, Plaintiff Daniel M. Joubert filed a civil action styled <u>Daniel M. Joubert v. Old Kent Mortgage Company, a foreign corporation; and Majestic Mortgage Company, a Florida corporation</u>, Case No. 99-7558-CA, Division CV-H, in the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida (the "Daniel Joubert State Court Action"). A Summons was issued and Old Kent was served on or after April 13, 2000.

2.      Old Kent removed the Daniel Joubert State Court Action to this Court, which currently appears on the Court's Docket as <u>Daniel M. Joubert v. Old Kent Mortgage Company, a foreign corporation; and Majestic Mortgage Corporation, a Florida corporation</u>, Case No. 3:00-cv-488-J-21C. Hereinafter, this action shall be referred to as the "Daniel Joubert Action."

3.      On or about December 23, 1999, Plaintiff Timothy J. Joubert filed a civil action styled <u>Timothy J. Joubert v. Old Kent Mortgage Company, a foreign corporation; and Majestic Mortgage Company, a Florida corporation</u>, Case No. 99-7559-CA, Division CV-A, in the Circuit Court for the Fourth Judicial Circuit in and for Duval County, Florida (the "Timothy Joubert State Court Action"). A Summons was issued and Old Kent was served on or after April 13, 2000.

4.      Old Kent removed the Timothy Joubert State Court Action to this Court, which currently appears on the Court's Docket as <u>Timothy J. Joubert v. Old Kent Mortgage Company, a foreign corporation; and Majestic Mortgage Corporation, a Florida corporation</u>, Case No. 3:00-cv-489-J-25A.[1] Hereinafter, this action shall be referred to as the "Timothy Joubert Action."

---

[1] Pursuant to the June 1, 2000 Notice of Reassignment, the Timothy Joubert Action was reassigned to the Honorable Henry Lee Adams, Jr. Accordingly, the case number was changed from 3:00-cv-489-J-21A to 3:00-cv-489-J-25A.

5. Both the Daniel Joubert Action and Timothy Joubert Action arise from virtually identical transactions. In fact, a cursory review of the Complaints filed in each action reveal that the two are virtually identical, raising the same of causes of action and alleged as a mirror image of the other. Accordingly, Old Kent has filed a responsive pleading in each action setting forth the same response in each. Because the Daniel Joubert Action and the Timothy Joubert Action raise identical questions of law based on virtually identical factual circumstances, consolidation of the actions is warranted to prevent waste of judicial resources, to ensure consistent results, and to streamline discovery.

## MEMORANDUM OF LAW

Rule 42(a) of the Federal Rules of Civil Procedure affords the Court discretion to consolidate actions pending before it. Consolidation of these cases before one District Judge and one Magistrate will prevent conflicting pre-trial deadlines, scheduling and possible inconsistent pre-trial rulings. It will also serve to streamline discovery and to preserve the resources of the judiciary, the parties and their counsel since there are common questions of law and fact in each case.

## CERTIFICATION

Pursuant to Local Rule 3.01(g) counsel for Old Kent conferred with Plaintiffs' counsel who indicated that Plaintiffs did not object to consolidation. No appearance has yet been entered on behalf of Defendant Majestic Mortgage Company.

## CONCLUSION

For all the foregoing reasons, Old Kent moves the Court for an Order consolidating the Timothy Joubert Action, Case No. 3:00-cv-489-J-25-A, with the lower numbered Daniel Joubert Action, Case No. 3:00-cv-488-J-21C.

3

McGUIRE, WOODS, BATTLE & BOOTHE LLP

_____
David M. Wells
Florida Bar No. 0309291
W. Curtis Caywood IV
Florida Bar No. 0189420
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (facsimile)

ATTORNEYS AND TRIAL COUNSEL FOR
DEFENDANT OLD KENT MORTGAGE
COMPANY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Christopher J. Karpinski, Esquire, 4925 Beach Boulevard, Jacksonville, Florida 32207 this _12th_ day of June, 2000.

_____
Attorney

\\COM\15673.1

4