UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA



DANIEL M. JOUBERT,

    Plaintiff,

vs.                                               CASE NO: 3:00-CV-488-J-21C

OLD KENT MORTGAGE COMPANY, a
foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
corporation,

    Defendants.

_____

TIMOTHY J. JOUBERT,

    Plaintiff,

vs.                                                 CASE NO: 3:00-CV-489-J-25A

OLD KENT MORTGAGE COMPANY, a
foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
corporation,

    Defendants.

_____

**NOTICE OF FILING AFFIDAVIT OF NON-RESPONSE TO COMPLAINT IN
SUPPORT OF CLERK'S DEFAULT AS TO DEFENDANT MAJESTIC MORTGAGE
COMPANY, INC.**

    COMES NOW the Plaintiffs, DANIEL and TIMOTHY JOUBERT, by and through their undersigned counsel, and pursuant to the provisions of Rule 55, Federal Rules of Civil Procedure, and hereby notify the Clerk, parties, counsel and this Honorable Court of the filing of the Affidavit

of Christopher J. Karpinski in support of the Clerk's Default as to Defendant Majestic Mortgage Company, Inc., only.

DATED at Jacksonville, Duval County, Florida, this 5th day of July, 2000.

**TROMBERG & SAFER**

_____
Fred Tromberg, Esq. (FBN: 246514)
James A. Kowalski, Jr., Esq. (FBN: 852740)
Christopher J. Karpinski, Esq. (FBN: 0041599)
4925 Beach Boulevard
Jacksonville, FL 32207
Telephone: (904) 396-5321
Facsimile: (904) 396-5730
Attorneys for Plaintiffs.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 5th day of July, 2000, to David M. Wells, MCGUIRE, WOODS, BATTLE & BOOTH, LLP, 50 North Laura Street, Suite 3300, Jacksonville, Fl. 32202, and to Birgit Anderson, Registered Agent for Majestic Mortgage Company, Inc., 5066 Winwood Way, Orlando, Fl., 32819.

_____
Christopher J. Karpinski, Esq.

notice of filing affidavit of non-response - Majestic.wpd