FILED

UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

00 JUL -5 PM 4:45

DANIEL M. JOUBERT,

    Plaintiff,

vs.  CASE NO: 3:00-CV-488-J-21C 

OLD KENT MORTGAGE COMPANY, a
foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
corporation,

    Defendants.

---

TIMOTHY J. JOUBERT,

    Plaintiff,

vs.  CASE NO: 3:00-CV-489-J-25A

OLD KENT MORTGAGE COMPANY, a
foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
corporation,

    Defendants.

---

**AFFIDAVIT OF NON-RESPONSE TO COMPLAINT IN SUPPORT OF CLERK'S
DEFAULT AS TO DEFENDANT MAJESTIC MORTGAGE COMPANY**

**State of Florida, County of Duval.**

    1.    My name is Christopher J. Karpinski, and I am counsel of record for Plaintiffs in the above captioned cases.

2.  On May 26, 2000, I caused to be served a Summons and Complaint upon Defendant Majestic Mortgage Company, Inc.. A copy of the Returns of Service, indicating service on Birgit Anderson, registered agent of Majestic Mortgage Company, Inc. by the Sheriff of Orange County, Florida, for each of the referenced cases, is attached hereto and incorporated by reference.

3.  Majestic Mortgage Company Inc. is a party against whom a judgment for affirmative relief is sought by Plaintiffs.

4.  To date, I have not received any pleadings responsive to the Summons and Complaint from Majestic Mortgage Company, Inc., and therefore, Majestic Mortgage Company Inc. has failed to plead or otherwise defend as provided for in Rule 55, Federal Rules of Civil Procedure.

**FURTHER**, Affiant sayeth not.

_____
CHRISTOPHER J. KARPINSKI, ESQ.

Sworn to and subscribed before me this ___5th___ day of ___July___, 2000, by Christopher J. Karpinski, Esq..

_____
NOTARY PUBLIC, State of Florida
My Commission Expires:

Personally Known___X___
Produced Identification_____
Type_____

Cynthia B. Kimsey
MY COMMISSION # CC913133 EXPIRES
February 29, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

affidavit of non-response - Majestic.wpd

Orange County Sheriff's Office
**Return of Service**

```
PROCESS REC'D:
RETURN DATE:          020 DAYS AFTER SERV
SHOW CAUSE DATE:
CONTROL NUMBER:   CIV28418A                CASE:    CV488
                                           COURT:   DISTRICT
CIV- SUMMONS & COMPLAINT                   COUNTY:  XXXX

SERVE TO:         MAJESTIC MORTGAGE COMPANY         ***** DO NOT POST
HOME ADDRESS:
                  C/O BIRGIT ANDERSON, RA.
BUSINESS ADDRESS: 5066 WINWOOD WAY
                  ORLANDO, FL.

MAIL   CHRISTOPHER J KARPINSKI, ESQ         SERVER ID:
TO:    4925 BEACH BLVD                      ENTRY ID:
       JACKSONVILLE, FL.  32207             FEE CODE:
                                            FEE/XFEE:       20.00
                                            WITNESS FEE:
SERVICE INFORMATION:  (407) 836-4570  (9AM-1PM)   OVERPAYMENT:
                                            LEVY DEPOSIT:
                                            DOCKET BK/PG:

PLAINTIFF: JOUBERT, DANIEL M
DEFENDANT: OLD KENT MORTGAGE COMPANY, AND  MAJESTIC MORTGAGE COMPANY
TOTAL AMT DUE:     0.00       DAILY INTEREST:     0.00
```

SERVED THIS PROCESS AT __730a__ ; ON __5-26-00__ IN ORANGE COUNTY, FLORIDA, BY:
                        (TIME)        (DATE)

☐ **INDIVIDUAL SERVICE:** By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_____, _____
     (NAME)                      (RELATIONSHIP)

☒ **CORPORATE SERVICE:** By delivering a true copy of this process, with any attachments provided, to: __Brigit Anderson__, __Registered Agent__, as President, Vice President, or other
                                                        (NAME)                (TITLE)
head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any office or business agent residing in the state; or the **registered agent**; or an employee at the corporation's place of business due to failure of the registered agent to comply with FSS 48.091, and informing them of their contents.

☐ **POSTED SERVICE:** By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found at the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☐ **OTHER:** By delivering a true copy of this process, with any attachments provided, to _____
as_____.

☐ **NON-SERVICE:** And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry the within named could not be found in Orange County, Florida, or for reasons specified below:
EXPLANATION: _____

5/26  730a

_____                    SHERIFF OF ORANGE COUNTY, FLORIDA
ACCEPTED BY                                  OFFICER        ATTORNEY COPY        ID #
1203 5/93

**Orange County Sheriff's Office**
**Return of Service**

```
PROCESS RECEIVED:                                
RETURN DATE:                                     
SHOW CAUSE DATE:
CONTROL NUMBER:   CIV284198          CASE #:  CV489
                                     COURT:   DISTRICT
CIV- SUMMONS & COMPLAINT             COUNTY:  XXXX

SERVE TO:         MAJESTIC MORTGAGE INC.          ***** DO NOT POST
HOME ADDRESS:
                  C/O BIRGIT ANDERSON, RA
BUSINESS ADDRESS: 5066 WINWOOD WAY
                  ORLANDO, FL

MAIL   CHRISTOPHER J KARPINSKI, ESQ      SERVER ID:
TO:    4925 BEACH BLVD                   ENTRY ID:
       JACKSONVILLE, FL  32207           FEE CODE:
                                         FEE/XFEE:      20.00
SERVICE INFORMATION: (407) 836-4570 (9AM-1PM)
                                         WITNESS FEE:       .0
                                         OVERPAYMENT:       .0
                                         LEVY DEPOSIT:      .0
                                         DOCKET BK/PG:

PLAINTIFF:  JOUBERT, TIMOTHY J
DEFENDANT:  OLD KENT MORTGAGE COMPANY, AND    MAJESTIC MORTGAGE COMPANY
TOTAL AMT DUE:   0.00      DAILY INTEREST:        0.00
```

SERVED THIS PROCESS AT __730a__ ON __5-26-00__ IN ORANGE COUNTY, FLORIDA, BY:
                         (TIME)        (DATE)

☐ INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_____ , _____
            (NAME)                        (RELATIONSHIP)

☒ CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to:
__Birgit Anderson__ , __Registered Agent__ , as President, Vice President, or other
         (NAME)              (TITLE)
head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place of business due to failure of the registered agent to comply with FSS 48.091, and informing them of their contents.

☐ POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found at the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☐ OTHER: By delivering a true copy of this process, with any attachments provided, to _____
as _____ .

☐ NON-SERVICE: And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry the within named could not be found in Orange County, Florida, or for reasons specified below:
EXPLANATION: _____

5/26 730a

_____        SHERIFF OF ORANGE COUNTY, FLORIDA
ACCEPTED BY                         _Diane Freelove_ C046
1203 5/93                           OFFICER      ATTORNEY COPY    ID #