**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

00 SEP 25 PM 6:46

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

DANIEL M. JOUBERT,

    Plaintiff,

vs.

OLD KENT MORTGAGE COMPANY,
a foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
Corporation,

    Defendants.

Case No. 3:00-cv-488-J-21C

---

TIMOTHY J. JOUBERT,

    Plaintiff,

vs.

OLD KENT MORTGAGE COMPANY,
a foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
Corporation,

    Defendants.

3:00-cv-489-J-21C
Consolidated with Case No.
3:00-cv-488-J-21C

## DEFENDANT'S ANSWERS TO STANDARD INTERROGATORIES

Defendant, Old Kent Mortgage Company ("Old Kent"), responds to the Court's Standard Interrogatories as follows:

### STANDARD INTERROGATORY NO. 1:

State whether Defendant is properly identified. If not, give the Defendant's proper identification and state whether you will waive service or accept service of an amended Summons and Complaint reflecting proper identification.

18

### ANSWER TO STANDARD INTERROGATORY NO. 1:

Old Kent admits that it is a corporation organized and existing under the laws of Michigan but denies that it is doing business in Duval County, Florida. Further, Old Kent has filed an Answer and Affirmative Defenses to Plaintiffs' Complaint in this action.

### STANDARD INTERROGATORY NO. 2:

Describe all laws, acts having the force and effect of law, codes, regulations, and legal principles, standards and customs or usages which Defendant contends are applicable to this action.

### ANSWER TO STANDARD INTERROGATORY NO. 2:

Old Kent responds that this action involves the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, *et seq.*

### STANDARD INTERROGATORY NO. 3:

Furnish a detailed factual basis for the defenses asserted in your answer.

### ANSWER TO STANDARD INTERROGATORY NO. 3:

At this time, Old Kent has responded that Plaintiffs' Complaint and all claims contained therein fail to state a cause of action. The principal basis for this defense is that RESPA, 12 U.S.C. § 2601, *et seq.*, does not provide a private right of action to Plaintiffs in this case against Old Kent.

### STANDARD INTERROGATORY NO. 4:

State, to the best of your knowledge, whether all proper parties have been joined. If you contend that some other person or legal entity is, in whole or in part, liable to the Plaintiff or Defendant in this matter, state such party's full name, address, and telephone number, and describe in detail the basis of such alleged liability.

**ANSWER TO STANDARD INTERROGATORY NO. 4:**

At this time, Old Kent does not know of any other parties that have not been joined that should be joined.

**STANDARD INTERROGATORY NO. 5:**

Describe the nature of all dispositive motions which Defendant anticipates may be filed in this action.

**ANSWER TO STANDARD INTERROGATORY NO. 5:**

Old Kent anticipates bringing a Motion for Summary Judgment or for Judgment on the Pleadings in the future on the grounds that Plaintiffs' Complaint fails to state a cause of action as to Counts I, III, and IV under 12 U.S.C. § 2601, *et seq.*, and that Count II for unjust enrichment, given that it is based on the same underlying allegations, must fail as well.

McGUIREWOODS LLP

By _____
David M. Wells
Fla. Bar No. 0309291
Jeffrey S. York
Fla. Bar No. 0987069
Post Office Box 4099
Jacksonville, Florida 32201
(904) 798-3200
(904) 798-3207 (fax)

ATTORNEYS AND TRIAL COUNSEL
FOR DEFENDANT OLD KENT MORTGAGE
COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to **CHRISTOPHER J. KARPINSKI, ESQUIRE,** 4925 Beach Boulevard, Jacksonville, Florida 32202, by U.S. Mail this 25th day of September, 2000.

_____
ATTORNEY

\\JAC\2680\Old Kent Mortgage-Joubert\Pleadings\Answers-Standard Interrogatories.doc