UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA



FILED

00 SEP 26 PM 3:46

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

DANIEL M. JOUBERT,

    Plaintiff,

vs.

OLD KENT MORTGAGE COMPANY, a
foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
corporation,

    Defendants.

CONSOLIDATED LEAD
CASE NO: 3:00-CV-488-J-21C

___

TIMOTHY J. JOUBERT,

    Plaintiff,

vs.

OLD KENT MORTGAGE COMPANY, a
foreign corporation; and MAJESTIC
MORTGAGE COMPANY, a Florida
corporation,

    Defendants.

CASE NO. 3:00-CV-489-J-21C

___

### PLAINTIFFS' RESPONSE TO COURT'S ORDER DIRECTING RESPONSE TO STANDARD INTERROGATORIES

COME NOW Plaintiffs, DANIEL M. JOUBERT and TIMOTHY J. JOUBERT, and hereby file the following answers to this Honorable Court's standard party-directed interrogatories, and say as follows:

1.    This Court has jurisdiction pursuant to 12 U.S.C. Section 2601, et. seq. and Regulation X, Section 3500, known as the Real Estate Settlement Procedures Act (RESPA).

19

2. Plaintiff's have been and will continue to be damaged financially by the Defendants' failure to provide a full and complete good faith disclosure regarding the subject loan and mortgage transactions, including an accounting of all fees, monies, charges and premiums paid or payable at the settlement closing. Plaintiffs are further damaged by the Defendants' failure to procure the lowest possible interest rate for the subject mortgages and notes pursuant to their fiduciary duties. As a result of the Defendants' failure to disclose the above-mentioned information, as well as information regarding the Plaintiffs' interest rate and other required terms of the subject transactions, Plaintiffs are currently making and are contractually obligated to continue making unnecessary and unlawful mortgage payments substantially in excess of the rates and payments which should have been the basis of their respective contractual obligations.

Plaintiffs additionally seek damages for reasonable attorney's fees and costs as damages as well as treble damages as permitted by RESPA.

3. Daniel M. Joubert, of 12622 Ash Harbor Drive, Jacksonville, Florida, 32224, (904) 997-0073, has a financial interest as described above, in his case as Plaintiff.

Timothy J. Joubert, of 12684 Ash Harbor Drive, Jacksonville, Florida, 32224 (904) 997-8686, has a financial interest as described above, in his case as Plaintiff.

4. Plaintiffs anticipate filing a Motion for Partial Summary Judgment on the issue of liability.

TROMBERG AND SAFER

*[signature]*

Fred Tromberg, Esq. (FBN: 246514)
James A. Kowalski, Jr., Esq. (FBN: 852740)
Christopher J. Karpinski, Esq. (FBN: 0041599)
4925 Beach Boulevard
Jacksonville, FL 32207
Telephone: (904) 396-5321
Facsimile: (904) 396-5730
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 26th day of September, 2000, to Jeffrey S. York, Esq., MCGUIRE, WOODS, BATTLE & BOOTH, LLP, 50 North Laura Street, Suite 3300, Jacksonville, Fl. 32202, and to Birgit Anderson, Registered Agent for Majestic Mortgage Company, Inc., 5066 Winwood Way, Orlando, Fl., 32819.

_____
Christopher J. Karpinski, Esq.